# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 5D24-0308
LT Case Nos. 2014-CF-02747-A
2014-CF-02749-A
2014-CF-02750-A
2014-CF-02685-A
2014-CF-02748-A
2014-CF-02746-A

_____

TONY ERVIN SMITH,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

_____

3.800 Appeal from the Circuit Court for Duval County.
Jeb Branham, Judge.

Tony Ervin Smith, Jasper, pro se.

No Appearance for Appellee.

March 26, 2024

PER CURIAM.

AFFIRMED.

LAMBERT, EISNAUGLE, and KILBANE, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____